| | |
|---|---|
| 1 ROBERT L. SHEKETOFF #67515<br>  Attorney At Law<br>2 One McKinley Square<br>  Boston, MA 02109<br>3<br>  Telephone: (617) 367-3449<br>4 Facsimile: (617) 723-1710<br>5 Attorney for Defendant<br>  RUDDYS PIMENTEL<br>6 | **FILED**<br><br>JAN 0 5 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>        DEPUTY CLERK |

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNIFIED STATES OF AMERICA     )   Case No. 1:10 CR 00462 LJO
                                  )
11       Plaintiff,                )   WAIVER OF APPEARANCE
                                  )   AND ORDER THEREON
12       v.                       )
                                  )   [RULE 43 F.R.Crim.P.]
13  RUDDYS PIMENTEL,              )
                                  )
14       Defendant.               )   HONORABLE LAWRENCE O'NEILL

15       Pursuant to Rule 43(b)(3), F.R.Crim.P., Defendant, RUDDYS PIMENTEL, having been

16  advised of his right to be present at all stages of the proceedings, hereby waives his right to be

17  present in person in open court upon all status conferences and hearings on legal questions.

18  Defendant hereby requests the court to proceed in his absence and agrees that his interests will be

19  deemed represented at all such conferences and hearings by the presence of his attorney, Robert

20  Sheketoff. Defendant further agrees to be present in person in court at all future hearing dates at

21  which the defendant's presence is required by the court, including the date set for jury trial.

22       Defendant makes this request because he resides in Roslindale, MA and the time and

23  expense of travel to Fresno, CA for non-substantive court hearings would cause a personal and

24  financial hardship on the defendant.

25  Dated: December 24, 2010                        /s/ Ruddys Pimentel
                                                    Ruddys Pimentel

1 | Defendant's counsel joins in his request for waiver of personal appearance at status
2 | conferences and hearings on legal questions.
3 | Dated December 24, 2010 /s/ Robert Sheketoff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert Sheketoff

## ORDER

Good Cause Appearing,

It is hereby ordered that defendant Ruddys Pimentel's presence is excused at any and all non-substantive pretrial hearings until further order of this Court. Defendant is required to sign an authorization/waiver within 7 days.

IT IS SO ORDERED.

Dated: Jan 5, 2011