ROBERT L. SHEKETOFF  #67515
Attorney At Law
One McKinley Square
Boston, MA 02109

Telephone: (617) 367-3449
Facsimile: (617) 723-1710

Attorney for Defendant
RUDDYS PIMENTEL

FILED

JAN 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:10 CR 00462 LJO |
| Plaintiff, | WAIVER OF APPEARANCE AND ORDER THEREON |
| v. | [RULE 43 F.R.Crim.P.] |
| RUDDYS PIMENTEL, | |
| Defendant. | HONORABLE LAWRENCE O'NEILL |

Pursuant to Rule 43(b)(3), F.R.Crim.P., Defendant, RUDDYS PIMENTEL, having been advised of his right to be present at all stages of the proceedings, hereby waives his right to be present in person in open court upon all status conferences and hearings on legal questions. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at all such conferences and hearings by the presence of his attorney, Robert Sheketoff. Defendant further agrees to be present in person in court at all future hearing dates at which the defendant's presence is required by the court, including the date set for jury trial.

Defendant makes this request because he resides in Roslindale, MA and the time and expense of travel to Fresno, CA for non-substantive court hearings would cause a personal and financial hardship on the defendant.

Dated: December 24, 2010

*/s/ Ruddys Pimentel*
Ruddys Pimentel

1  Defendant's counsel joins in his request for waiver of personal appearance at status
2  conferences and hearings on legal questions.
3  Dated December 24, 2010          /s/ Robert Sheketoff
                                    Robert Sheketoff
4
5
6
7
8                              **ORDER**
9  Good Cause Appearing,
10  It is hereby ordered that defendant Ruddys Pimentel's presence is excused at any and all
11  non-substantive pretrial hearings until further order of this Court.
12
13  IT IS SO ORDERED.
14
15  Dated: 1-10-11            [signature]
                              U S Dist Judge
16
17
18
19
20
21
22
23
24
25
26