**FILED**

MAR 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10 CR 00462 LJO |
| Plaintiff, ) | |
| v. ) | |
| RUDDYS PIMENTEL, ) | |
| Defendant. ) | HONORABLE LAWRENCE J. O'NEILL |

**ORDER**

It is hereby ordered that the cash bond posted by Alisa Pimentel is exonerated and the Clerk of the United States District Court for the Eastern District of California is directed to return the five thousand dollars to Alisa Pimentel.

IT IS SO ORDERED.

Dated: __March 13, 2012__        /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT
JUDGE